IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRAIDA LIMA-RIVERA, et al.,
Plaintiffs

v.					CIVIL NO. 04-1798(DRD)

UHS OF PUERTO RICO, INC., et al.,
Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed: 05/10/05**<br>**Docket #61**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** HIMA's Motion to Dismiss First Amended Complaint | **DENIED WITHOUT PREJUDICE**. Defendant may resubmit its request for dismissal after EMTALA discovery is concluded. *See* Minutes of Proceedings held on October 11, 2005 at Docket No. 85. |
| **Date Filed: 05/13/05**<br>**Docket #62**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Reiterating Opposition to HIMA's Dismissal | **TERMINATE.** See Minutes of Proceedings at Docket Entry No. 85. |
| **Date Filed: 05/27/05**<br>**Docket #66**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Order to Obtain Medical Records | **DENIED WITHOUT PREJUDICE**. Defendant may resubmit its discovery request after EMTALA jurisdiction is ascertained. *See* Minutes of Proceedings held on October 11, 2005 at Docket No. 85. |
| **Date Filed: 09/02/03**<br>**Docket #83**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Nunc Pro Tunc Motion for Leave to File Amended Complaint | **GRANTED.** *See*, Rule 15(a), Fed.R.Civ.P.; <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962). Answers to the Second Amended Complaint shall be filed **within twenty (20) days**. **Parties are forewarned, any request for an additional time to answer the complaint shall be SUMMARILY DENIED.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 20th day of October 2005.

**S/DANIEL R. DOMINGUEZ**
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**